IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LACEDRIC W. JOHNSON,

     Petitioner,                           No. 2:09-cv-0067 WBS KJN P

     vs.

JAMES WALKER,

     Respondent.                       <u>ORDER</u>

_____/

        This case was reassigned to the undersigned on February 9, 2010. Docket No. 19. There remain two identical motions filed by petitioner after his transfer to California Men's Colony, pursuant to which he seeks the transfer and receipt of his legal property. Docket Nos. 15, 16. However, after filing these motions, plaintiff filed his traverse on November 3, 2009, which the court deemed timely filed. Docket Nos. 17, 18. The motions appear to be moot and will therefore be denied without prejudice. The petition for writ of habeas corpus is now fully briefed and submitted for decision on the papers.

        For the foregoing reasons, petitioner's motions for return of his legal property,

/////

/////

/////

1

1 | Docket No. 15 and 16, are denied without prejudice.
2 |         SO ORDERED.
3 | DATED: February 16, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE